# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| PBS&J Constructors, Inc. ) | ASBCA Nos. 60513, 60683 |
| ) | |
| Under Contract No. W9127S-10-C-6016 ) | |

APPEARANCE FOR THE APPELLANT:          John S. Vento, Esq.
                                                                    Trenam Law
                                                                    Tampa, FL

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                                                    Engineer Chief Trial Attorney
                                                                 S. DeAnn Lehigh, Esq.
                                                                    Assistant District Counsel
                                                                    U.S. Army Engineer District, Little Rock

## OPINION BY ADMINISTRATIVE JUDGE DAVID D'ALESSANDRIS

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $925,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 9 November 2016 until date of payment.

Dated: 22 November 2016

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I concur                                                    I concur

MARK N. STEMPLER                            RICHARD SHACKLEFORD
Administrative Judge                            Administrative Judge
Acting Chairman                                   Vice Chairman
Armed Services Board                           Armed Services Board
of Contract Appeals                              of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60513, 60683, Appeals of PBS&J Constructors, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals